IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| HATO REY TITLE INSURANCE AGENCY INC., <br><br> **Plaintiff,** <br><br> **v.** <br><br> FEDERAL DEPOSIT INSURANCE CORPORATION, as receiver of Westernbank <br><br> **Defendant** | **CIVIL NO.** 10-2192 (JAG) |

**JUDGMENT**

Based on the parties' Motion for Voluntary Dismissal (Docket No. 23), the Court hereby enters judgment dismissing all claims <u>without prejudice</u>.

This case is now closed for statistical purposes.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 26th day of September, 2011.

s/ Jay A. Garcia-Gregory
JAY A. GARCIA-GREGORY
U.S. District Judge
